

cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 01728113 |
| Entity Name | VELOCITY INVESTMENTS, L.L.C. |
| Status | ACTIVE |

## Entity Information

**Principal Office**
1800 RTE 34 N BLDG 3 STE 305
WALL, NJ 07719

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Monday, 9 January 2006

**Jurisdiction**
NJ

**Duration**
PERPETUAL

## Agent Information



EXHIBIT A

Name
ILLINOIS CORPORATION SERVICE COMPANY

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Monday, 9 January 2006

## Annual Report

For Year
2022

Filing Date
Tuesday, 2 November 2021

## Managers

Name
Address
VELOCITY PORTFOLIO GROUP, INC. (EXISTENCE)
1800 ROUTE 34 NORTH, BLDG 3
WALL, NJ 077190000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office