**Laspd Communications**

| | |
|---|---|
| From: | Laspd Communications <laspd@mylegaladvocates.org> |
| Sent: | Monday, February 21, 2022 12:30 PM |
| To: | 'info@cksfin.com' |
| Subject: | ID 11947, Angela McCarty |
| Attachments: | 11947_POA.pdf |

## Legal Advocates for Seniors and People with Disabilities®

180 North Michigan Avenue, Suite 908, Chicago, IL 60601
Phone: 312-263-1633   Toll-Free: 866-405-3328   Fax: 312-263-1637
Website: www.mylegaladvocates.org
E-Mail: info@mylegaladvocates.org

**VIA EMAIL**

February 21, 2022

CKS Financial
505 Independence Pkwy Ste 300
Chesapeake, VA 23320-5178

Re:  Angela McCarty

 IL

**Consumer`s account:**

LASPD file number: 11947

Dear Sir or Madam:

Please be advised that we represent Angela McCarty regarding your firm`s attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program that provides debt-related legal services to seniors and people with disabilities. These individuals receive a fixed and/or limited income, protected by Federal laws, and LASPD advises them of their rights under these laws. LASPD`s goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. McCarty . As you will see, Ms. McCarty `s income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office. Additionally, please be advised that our client disputes this debt.

1


EXHIBIT C

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Donald Leibsker

Legal Director

Enc.

**Click to download or view attachments**
11947-POA.pdf

Please do not reply to this email directly. To ensure a prompt and secure response, please send all email correspondence to info@mylegaladvocates.org.

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

_Angela F. McCarty_
FIRST CLIENT'S NAME

_____
SECOND CLIENT'S NAME

_Angela F. McCarty_
FIRST CLIENT'S
SIGNATURE

_____
SECOND CLIENT'S
SIGNATURE

_8-2-21_
DATE SIGNED

_____
DATE SIGNED

Please include a **COPY** of just **ONE** of the following **SIGNED** documents:

1. Driver's License **OR**
2. State I.D. Card **OR**
3. Social Security Card **OR**
4. Medicare Card

**REMEMBER – YOU JUST NEED TO SEND <u>ONE</u> OF THE ABOVE.**

12/29/2016

7

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

| A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS) | | | |
|---|---|---|---|
| **SOURCE OF INCOME** | **AMOUNT** | **SOURCE OF INCOME** | **AMOUNT** |
| Social Security Retirement | | Wage Income | |
| Supplemental Security Income (SSI) | | Unemployment Compensation | |
| Social Security Disability | ■■■ | Rental Income | |
| Veterans' Benefits | | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | |
| Public Aid (for example, Food Stamps) | ■■■ | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits | | **TOTAL INCOME** | ■■■ |

Over ➔

12/29/2016

8

## AFFIDAVIT OF INCOME AND EXPENSES (Continued)

| B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS ||||
|---|---|---|---|
| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
| Rent/Mortgage *Please circle one.* | ■ | Medical | ■ |
| Average Utilities (gas, electric, telephone, cell phone, water, etc.) | | | |
| Real Estate Taxes. *Be sure to divide the yearly amount by 12.* | | Dental | |
| Food | ■ | Religious Affiliation Donations | |
| Car Payment(s) | | Health Insurance | ■ |
| Car Insurance | ■ | Life Insurance | |
| Car: Gas & Maintenance | | Home/Renter's Insurance | |
| Other Transportation Costs | | Other Expenses *(List)* | |
| Reasonable expenses to support a child or parent | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL EXPENSES | ■ |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _____.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):
_____